P. H. DAVIS v. HATTIE BOLTON DENNIS and J. W. DENNIS, her husband; HOWARD MAYES, as Sheriff of Escambia County, Florida, and W. CLINTON RIGBY, as Constable.

14 So. (2nd) 904                                    June Term, 1943
September 17, 1943                                    Division B

*D. W. Berry,* for appellant.

*Jones & Latham,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.